JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:     (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0279 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| ALFONSO AMADOR ALVAREZ, | |
| Defendant. | |

      The parties appeared before the Honorable Vaughn R. Walker on May 27, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 27, 2010 to June 24, 2010, in light of the need for defense counsel to conduct further investigation and to pursue further plea negotiations.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation,

taking into account the exercise of due diligence and the need for counsel to conduct further investigation.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 27, 2010 to June 24, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 27, 2010 to June 24, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

    JOSEPH P. RUSSONIELLO
    United States Attorney

DATED: May 28, 2010      /s/
    PATRICIA SPALETTA
    Special Assistant United States Attorney

DATED: May 28, 2010      /s/
    JODI LINKER
    Assistant Federal Public Defender

SO ORDERED.

DATED: 6/2/2010

    THE HONORABLE VAUGHN R. WALKER
    United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ALFONSO AMADOR-ALVAREZ, CR 10-0279    2