1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant AMADOR ALVAREZ
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, ) | No. CR-10-279 VRW
   |                            ) |
11 |          Plaintiff,        ) | STIPULATION AND [PROPOSED]
   |                            ) | ORDER TO CONTINUE STATUS
12 |     v.                     ) | CONFERENCE & EXCLUDE TIME
   |                            ) |
13 | ALFONSO AMADOR ALVAREZ     ) |
   |                            ) |
14 |          Defendant.        ) |
   |_____) |
15

16      The parties jointly request that, subject to the Court's approval, the status conference

17 presently set for June 24, 2010 be continued to ~~July 22~~ August 12, 2010 at 2:00pm.

18      Defendant Alfonso Amador Alvarez is charged with one count of illegal reentry after

19 deportation in violation of 8 U.S.C. § 1326. When he last appeared before the Court on May 27,

20 2010, the parties informed the Court that they were attempting to negotiate a resolution of this

21 case and hoped to have it resolved by now. Unfortunately, the parties have yet to come to an

22 agreement, but are hopeful that they will be able to do so. Rather than conduct a status

23 conference where little, if anything, will happen, the parties request that the matter be continued.

24      Based on the availability of counsel, the parties jointly request that this Court continue the

25 hearing to ~~July 22~~ Aug. 12 at 2:00pm. The parties agree to an exclusion of time under the Speedy Trial

26 Act, 18 U.S.C. § 3161, from June 24, 2010 to ~~July 22~~ August 12, 2010, given the need for both parties to

*US v. Amador Alvarez,* CR-10-279 VRW;
STIP & [PROPOSED] ORD. TO CONTINUE           1

1  have a reasonable opportunity for effective preparation.

2      Based upon the representation of counsel and for good cause shown, the Court finds that

3  failing to exclude the time from June 24, 2010 to ~~July 22~~ Aug. 12, 2010 would unreasonably deny the

4  defendant and his counsel the reasonable time necessary for effective preparation, taking into

5  account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds

6  that the ends of justice served by excluding the time from June 24, 2010 to ~~July 22~~ Aug. 12, 2010 from

7  computation under the Speedy Trial Act outweigh the best interests of the public and the

8  defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from June 24,

9  2010 to ~~July 22~~ August 12, 2010 shall be excluded from computation under the Speedy Trial Act. 18

10  U.S.C. § 3161(h)(7)(A) and (B)(iv).

11      IT IS SO STIPULATED.

13  June 22, 2010                          /s/
    DATED                                PATRICIA SPALETTA
14                                      Assistant United States Attorney

17  June 22, 2010                         /s/
    DATED                          JODI LINKER
                             Assistant Federal Public Defender

19      IT IS SO ORDERED.

21  6/22/2010                          /s/ Judge Vaughn R Walker
    DATED                        VAUGHN R. WALKER
22                         Chief United States District Judge